NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITCHELL SNOW,**

*Petitioner*

**v.**

**DEPARTMENT OF THE INTERIOR,**

*Respondent*

---

2023-1196

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-22-0107-I-1.

---

## O R D E R

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 11, 2023
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** May 11, 2023